

# Fourth Court of Appeals
## San Antonio, Texas

January 2, 2020

No. 04-19-00863-CV

**IN THE INTEREST OF A.C., A CHILD,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01551
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The court reporter's notification of late record is this date NOTED. The reporter's record is due on January 6th, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of January, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court